BOYD v. BOYD. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Margaret P. Boyd against Alexander Boyd. No opinion. Motion to open default granted, on payment of $10 costs, and on condition that appellant have appeal ready

for argument at the December term. Settle order on notice.